Henrietta White, Administrator of Estate of George L. White, Deceased, Appellant, v. Illinois Central R. Co., Appellee.

Gen. No. 10,994.

Second District.

August 12, 1957.

Released for publication August 30, 1957.

Harold R. Nettles, and Melvin Finer, for appellant; Hunter, Hunter & Hunter (Joseph H. Wright and Herbert J. Deany, and Robert C. Hunter, of counsel) for defendant-appellee. Opinion by JUSTICE CROW. Not to be published in full.